# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **JAMORRIS DURHAM** | **CIVIL ACTION NO. 22-711-P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **CRAIG STOKES, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 31), and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against the Louisiana State Probation and Parole Office be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. **IT IS ORDERED** that Plaintiff's civil rights claims for dismissal of all charges be **DISMISSED WITHOUT PREJUDICE** as moot. **IT IS ORDERED** that Plaintiff's remaining civil rights claims be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in Alexandria, Louisiana, on this the 12th day of March 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**